Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
FORMER SHERIFF RICHARD PIERCE, LT. RICHARD KO, DEPUTY SHERIFF KEVIN WIENS, SGT. GEORGE BERTSCH,  SGT. RICHARD GALLEGOS, and DEPUTY SHERIFF STEWART ASSELIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| MARTIN COLDWELL, individually and on behalf of Class of Persons similarly situated, and DOE 1,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, FORMER SHERIFF RICHARD PIERCE, SGT. RICK KO, DEPUTY KEVIN WIENS, DET. BERTSCH, DET. GALLEGOS, DEPUTY ASSELIN and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:07-CV-01131-LJO-SMS<br><br>EX PARTE APPLICATION TO EXTEND TIME TO APPEAR OR OTHERWISE RESPOND TO COMPLAINT, AND <u>ORDER THEREON</u> |

          I, Michael G. Woods, declare,

          1.     I am a member of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, attorneys for Defendants FORMER SHERIFF RICHARD PIERCE, LT. RICHARD KO, DEPUTY SHERIFF KEVIN WIENS, SGT. GEORGE BERTSCH,  SGT. RICHARD GALLEGOS, and DEPUTY SHERIFF STEWART ASSELIN, and as such I am authorized to submit this Ex Parte Application to Extend Time to Appear or Otherwise Respond to Complaint.

PDF created with pdfFactory trial version www.pdffactory.com

2.   By letter dated September 17, 2007 I was retained by the County of Fresno to represent the above-named Defendants in connection with the above-captioned cause.

3.   I have been provided with a copy of Plaintiff's Class Action Complaint.

4.   I have not yet had an opportunity to meet with each of the defendants I have been asked to represent nor have I had the opportunity to review background information essential to preparation of an Answer or other response to Plaintiff's complaint. It is my judgement that insufficient time remains to prepare an appropriate response to the complaint.

5.   My office has made two attempts to contact Plaintiff's attorney to request an extension of fourteen days from the initial appearance date of October 4, 2007 to answer or otherwise respond to Plaintiff's complaint. On October 2, 2007 at approximately 1:45 p.m. my secretary telephoned the office of Plaintiff's counsel to make this request. Nobody answered the phone at Mr. Nickerson's office and she left a message asking for a return phone call. No response was received. Not having heard back from Plaintiff's attorney, on October 3, 2007, my secretary again called at approximately 9:05 a.m. and left another message asking for a return phone call as soon as possible. My office has not received a response from Mr. Nickerson's office.

6.   Having been unable to reach Plaintiff's counsel or obtain an extension of time to respond or otherwise plead to the complaint, I now am requesting an ex parte extension pursuant to Local Rule 6-144.

7.   I hereby request a two-week extension until October 18, 2007 to respond or otherwise plead to the complaint on behalf of defendants FORMER SHERIFF RICHARD PIERCE, LT. RICHARD KO, DEPUTY SHERIFF KEVIN WIENS, SGT. GEORGE BERTSCH, SGT. RICHARD GALLEGOS, and DEPUTY SHERIFF STEWART ASSELIN.

This declaration was executed this 3 day of October, 2007, at Fresno, California.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

2

EX PARTE APPLICATION TO EXTEND TIME OR APPEAR OR OTHERWISE RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

I declare under penalty of perjury that the foregoing is true and correct and if called upon as a witness I could competently testify thereto of my own personal knowledge.

By: /s/ MICHAEL G. WOODS
MICHAEL G. WOODS
Attorneys for Defendants
FORMER SHERIFF RICHARD PIERCE, LT. RICHARD KO, DEPUTY SHERIFF KEVIN WIENS, SGT. GEORGE BERTSCH, SGT. RICHARD GALLEGOS, and DEPUTY SHERIFF STEWART ASSELIN

**ORDER**

Based upon the declaration of Michael G. Woods and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendants FORMER SHERIFF RICHARD PIERCE, LT. RICHARD KO, DEPUTY SHERIFF KEVIN WIENS, SGT. GEORGE BERTSCH, SGT. RICHARD GALLEGOS, and DEPUTY SHERIFF STEWART ASSELIN shall be granted an extension through and including October 18, 2007 to respond or otherwise plead to the complaint.

Dated: 10/3/2007

/s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

29253/00164-1145607.v1

PDF created with pdfFactory trial version www.pdffactory.com