IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN COLDWELL, | CASE NO. CV-F-07-1131 LJO SMS |
| Plaintiff, | **SCHEDULING CONFERENCE ORDER** |
| vs. | |
| COUNTY OF FRESNO, et. al, | Expert Disclosure: September 4, 2008 |
| Defendant. | Supplemental Expert Disclosure: September 18, 2008 |
| | Nonexpert Discovery Cutoff: October 27, 2008 |
| | Expert Discovery Cutoff: November 24, 2008 |
| | Pretrial Motion Filing Deadline: December 19, 2008 |
| | Pretrial Motion Hearing Deadline: January 23, 2009 |
| | Settlement Conf.: Date: July 22, 2008<br>Time: 9:30 a.m.<br>Dept: 7 (SMS) |
| | Pretrial Conf.: Date: Feb. 4, 2009<br>Time: 8:30 a.m.<br>Dept.: 4 (LJO) |
| | Jury Trial:<br>(7 days est.) Date: Mar. 23, 2009<br>Time: 9:00 a.m.<br>Dept.: 8 (LJO) |

This Court conducted a January 15, 2008 scheduling conference. Plaintiff Martin Coldwell appeared by telephone by counsel Bruce Nickerson. Defendants appeared by telephone by counsel Michael Woods. Pursuant to F.R.Civ.P. 16(b), this Court sets a schedule for this action.

1

1. **Consent To Magistrate Judge**

The parties do not consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge.

2. **Expert Witnesses**

Initial expert witness disclosures by any party shall be served no later than **September 4, 2008.** Supplemental expert witness disclosures by any party shall be served no later than **September 18, 2008.** Such disclosures must be made pursuant to F.R.Civ.P. 26(a)(2)(A) and (B) and shall include all information required thereunder. In addition, F.R.Civ.P. 26(b)(4) and F.R.Civ.P. 26(e) shall specifically apply to all discovery relating to expert witnesses and their opinions. Each expert witness must be fully prepared to be examined on all subjects and opinions included in the designations. Failure to comply with these requirements will result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness. In particular, this Court will enforce preclusion of testimony or other evidence for failure to strictly comply with F.R.Civ.P. 26(e).

3. **Discovery Cutoffs**

All nonexpert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **October 27, 2008.** All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **November 24, 2008.**

4. **Pretrial Motion Schedule**

All pretrial motions, both dispositive and nondispositive (except discovery motions addressed above), shall be served and filed no later than **December 19, 2008.** All pretrial dispositive and nondispositive motions (except discovery motions addressed above) shall be set before the appropriate judge for a hearing to be conducted no later than **January 23, 2009.**

At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

5. **Mandatory Settlement Conference**

This Court sets a settlement conference for **July 22, 2008 at 9:30 a.m.** in Department 7 (SMS) before United States Magistrate Judge Sandra M. Snyder. Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the settlement conference with the parties and

1 the person or persons having full authority to negotiate and settle the case, on any terms, at the
2 conference.

3       **No later than five Court days before the settlement conference,** each party shall submit
4 directly to the settlement conference judge's chambers a confidential settlement conference statement.
5 This statement should neither be filed with the clerk of the Court nor served on any other party. Each
6 statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory
7 settlement conference indicated prominently. Counsel are urged to request the return of their statements.
8 If such request is not made, the Court will dispose of the statement.

9       The confidential settlement conference statement shall include the following:

10       A.    A brief statement of the facts of the case;

11       B.    A brief statement of the claims and defenses (i.e., statutory or other grounds upon which
12 the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the
13 claims and defenses, and a description of the major issues in dispute;

14       C.    A summary of the proceedings to date;

15       D.    An estimate of the cost and time to be expended for further pretrial and trial matters,
16 including discovery;

17       E.    The relief sought; and

18       F.    The party's position on settlement, **including the amount which or otherwise what the**
19 **party will accept to settle, realistic settlement expectations**, present demands and offers, and a history
20 of past settlement discussions, offers, and demands.

21       This Court will vacate the settlement conference if the Court finds the settlement conference will
22 be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of
23 the settlement conference as possible, a party shall inform the Court and other parties that it believes the
24 case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise
25 the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of
26 the case.

27 **6.**    **Pretrial Conference**

28       A pretrial conference is set for **February 4, 2009 at 8:30 a.m.** in Department 4 (LJO) of this

1  Court.  The parties are directed to file a joint pretrial statement which complies with the requirements
2  of this Court's Local Rule 16-281.  In addition, the joint pretrial statement should include a brief factual
3  summary and an agreed upon neutral statement of the case.  An additional copy of the joint pretrial
4  statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and
5  shall be e-mailed in WordPerfect format to ljoorders@caed.uscourts.gov.

6  The parties' attention is directed to this Court's Local Rules 16-281 and 16-282.  This Court will
7  insist upon strict compliance with those rules.

8  At the pretrial conference, the Court will set deadlines, among others, to file motions in limine,
9  final witness and exhibits lists, objections thereto, and other trial documents.

10  **7.     Trial Date**
11  A 7 day jury trial is set for **March 23, 2009 at 9:00 a.m.** in Department 4 (LJO) of this Court.
12  **8.     Effect Of This Order**
13  This order represents the best estimate of the Court and parties as to the agenda most suitable to
14  dispose of this case.  If the parties determine at any time that the schedule outlined in this order cannot
15  be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be
16  made, either by stipulation or by subsequent status conference.  Stipulations extending the deadlines
17  contained herein will not be considered unless they are accompanied by affidavits or declarations with
18  attached exhibits, where appropriate, which establish good cause for granting the relief requested.
19  Failure to comply with this order shall result in the imposition of sanctions.
20  **IT IS SO ORDERED.**
21  **Dated:     January 15, 2008**               **/s/ Lawrence J. O'Neill**
                                                 **UNITED STATES DISTRICT JUDGE**
22
23
24
25
26
27
28