# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN COLDWELL, | CASE NO. CV-F-07-1131 LJO SMS |
| Plaintiff, | **ORDER DENYING MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| COUNTY OF FRESNO, et. al, | |
| Defendant. / | |

On April 28, 2008, plaintiffs Martin Coldwell, Stephen Lake, Robert Turner, and David Durbin ("plaintiffs") filed a motion for class certification in this matter. Defendants County of Fresno, Former Sheriff Richard Pierce, Sgt. Rick Ko, Deputy Kevin Wiens, Det. George Bertsch, Det. Richard Gallegos and Deputy Stewart Asselin ("defendants") filed an opposition on May 28, 2008. Plaintiffs filed a reply on June 11, 2008.

In plaintiff's reply brief, the proposed class definition was altered significantly from that originally proposed in the moving papers. On June 12, 2008, defendants filed an objection to the new, proposed class definition and requested that the Court deny the motion.

Having considered the moving, opposition, and reply papers, as well as the Court's file, the Court issues the following order.

The Court DENIES plaintiffs' motion for class certification. (Doc. 22.) Plaintiffs have altered the proposed definition of the purported class. The new definition is prejudicial to defendants who have not had an opportunity to be heard on the alternate proposed class. Accordingly, plaintiffs' motion for

class certification is denied.

    Further, the Court notes that a trial date of March 23, 2009 has been scheduled in this action. Trial dates are firm dates and trial on March 23, 2009 is CONFIRMED.

**IT IS SO ORDERED.**

**Dated:**   **June 13, 2008**               /s/ Lawrence J. O'Neill
                                                     **UNITED STATES DISTRICT JUDGE**