1    Michael G. Woods, # 058683-0          (SPACE BELOW FOR FILING STAMP ONLY)
     Deborah A. Byron, #105327
2    McCormick, Barstow, Sheppard,
     Wayte & Carruth LLP
3    P.O. Box 28912
     5 River Park Place East
4    Fresno, CA  93720-1501
     Telephone:    (559) 433-1300
5    Facsimile:    (559) 433-2300

6    Attorneys for Defendants
     COUNTY OF FRESNO, FORMER SHERIFF
7    RICHARD PIERCE, LT. RICHARD KO, DEPUTY
     KEVIN WIENS, SGT. GEORGE BERTSCH, III, SGT.
8    RICHARD GALLEGOS, and DEPUTY STEWART
     ASSELIN
9
                    UNITED STATES DISTRICT COURT
10
            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
11

12
     MARTIN COLDWELL, individually and      Case No.  1:07-CV-01131-LJO-SMS
13   on behalf of Class of Persons similarly
     situated, STEPHEN LAKE, ROBERT         **STIPULATION AND ORDER**
14   TURNER, and DAVID DURBIN,              **EXTENDING DISCOVERY CUT-OFF**

15                    Plaintiffs,

16   v.

17   COUNTY OF FRESNO, FORMER
     SHERIFF RICHARD PIERCE, SGT.
18   RICK KO, DEPUTY KEVIN WIENS,
     DET. BERTSCH, DET. GALLEGOS,
19   DEPUTY ASSELIN and DOES 1 through
     10, inclusive,
20
                      Defendants.
21

22

23          IT IS HEREBY STIPULATED by and between the parties in the above-entitled

24   action, through their respective counsel of record, that the discovery cut-off of October 27, 2008

25   is extended to January 30, 2009.

26          The purpose of this extension is to accommodate the calendars of respective

27   counsel and witnesses.

28   ///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF

1    IT IS SO STIPULATED.

2

3    Dated: October 14, 2008                          McCORMICK, BARSTOW, SHEPPARD,
                                                      WAYTE & CARRUTH LLP
4

5
                                              By:    /s/ Michael G. Woods
6                                                    Michael G. Woods
7                                                 Attorneys for Defendants
                                                  COUNTY OF FRESNO,
8                                          FORMER SHERIFF RICHARD PIERCE,
                                           LT. RICHARD KO, DEPUTY KEVIN
9                                          WIENS, SGT. GEORGE BERTSCH, III,
                                              SGT. RICHARD GALLEGOS, and
10                                             DEPUTY STEWART ASSELIN

11   Dated: October 14, 2008

12

13
                                              By:    /s/ Bruce W. Nickerson
14                                                   Bruce W. Nickerson
                                                  Attorney for Plaintiffs
15                                         MARTIN COLDWELL, individually and
                                           on behalf of Class of Persons similarly
16                                            situated, STEPHEN LAKE, ROBERT
                                                 TURNER, and DAVID DURBIN
17

18                                  **ORDER**

19           Based on the parties' stipulation, this Court EXTENDS the non-expert discovery cutoff

20   only to January 30, 2009.  This Court extends no further dates and will not do so on grounds of busy

21   calendars.

22           IT IS SO ORDERED.

23   Dated:  October 21, 2008.

24

25                                            /s/ Lawrence J. O'Neill_____
                                              Lawrence J. O'Neill
26                                            United States District Judge

27   29253/00164-1285462.v1

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF