Michael G. Woods, # 058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
COUNTY OF FRESNO, FORMER SHERIFF RICHARD PIERCE, LT. RICHARD KO, DEPUTY KEVIN WIENS, SGT. GEORGE BERTSCH, III, SGT. RICHARD GALLEGOS, and DEPUTY STEWART ASSELIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTIN COLDWELL, individually and on behalf of Class of Persons similarly situated, STEPHEN LAKE, ROBERT TURNER, and DAVID DURBIN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, FORMER SHERIFF RICHARD PIERCE, SGT. RICK KO, DEPUTY KEVIN WIENS, DET. BERTSCH, DET. GALLEGOS, DEPUTY ASSELIN and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:07-CV-01131-LJO-SMS<br><br>**AMENDED STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF** |

IT IS HEREBY STIPULATED by and between the parties in the above-entitled action, through their respective counsel of record, that the discovery cut-off of October 27, 2008 is extended to January 30, 2009, and the discovery cut-off of November 24, 2008, is extended to January 30, 2009.

The purpose of this extension is to accommodate the calendars of respective counsel and witnesses.  This stipulation has been amended due to the inadvertent failure to

PDF created with pdfFactory trial version www.pdffactory.com

1  include an agreement to extend the deadline for expert discovery in conjunction with the
2  extension of all other discovery. Experts cannot fully prepare to give all opinions in this matter
3  without the benefit of completed non-expert discovery. It would therefore improve efficiency and
4  prevent the premature commencement of expert depositions to extend the deadline for all
5  discovery.

6       IT IS SO STIPULATED.

8  Dated: November 5, 2008        McCORMICK, BARSTOW, SHEPPARD,
         WAYTE & CARRUTH LLP

By:   /s/ Michael G. Woods
    Michael G. Woods
    Attorneys for Defendants
    COUNTY OF FRESNO,
    FORMER SHERIFF RICHARD PIERCE,
    LT. RICHARD KO, DEPUTY KEVIN
    WIENS, SGT. GEORGE BERTSCH, III,
    SGT. RICHARD GALLEGOS, and
    DEPUTY STEWART ASSELIN

16  Dated: November 6, 2008

By:   /s/ Bruce W. Nickerson
    Bruce W. Nickerson
    Attorney for Plaintiffs
    MARTIN COLDWELL, individually and
    on behalf of Class of Persons similarly
    situated, STEPHEN LAKE, ROBERT
    TURNER, and DAVID DURBIN

## **ORDER**

Good cause appearing, it is ordered that the expert and non-expert discovery cut-off is extended to January 30, 2009. No further extensions will be granted.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED.

Dated:   11/10/2008

/s/ Sandra M. Snyder
Sandra M. Snyder
United States Magistrate Judge

29253/00164-1321214.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

AMENDED STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com