Michael G. Woods, # 058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
COUNTY OF FRESNO, FORMER SHERIFF
RICHARD PIERCE, LT. RICHARD KO, DEPUTY
KEVIN WIENS, SGT. GEORGE BERTSCH, III, SGT.
RICHARD GALLEGOS, and DEPUTY STEWART
ASSELIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTIN COLDWELL, individually and on behalf of Class of Persons similarly situated, STEPHEN LAKE, ROBERT TURNER, and DAVID DURBIN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, FORMER SHERIFF RICHARD PIERCE, SGT. RICK KO, DEPUTY KEVIN WIENS, DET. BERTSCH, DET. GALLEGOS, DEPUTY ASSELIN and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:07-CV-01131-LJO-SMS<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION AND ORDER THEREON** |

Due to calendaring conflicts, it is jointly requested that the hearing on Plaintiffs' Motion for Summary Judgment/Summary Adjudication, presently scheduled for January 21, 2009 at 8:30 a.m., be continued to January 29, 2009 at 8:30 a.m., before the Honorable Judge Lawrence J. O'Neill.

It is also jointly stipulated that Plaintiffs' Reply to Defendants' Opposition may be filed, with the court's permission, on or before January 22, 2009.

Dated: January 13, 2009                McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH, LLP

                                       By:    /s/ Michael G. Woods
                                              Michael G. Woods
                                           Attorneys for Defendants,
                                         COUNTY OF FRESNO, FORMER
                                         SHERIFF RICHARD PIERCE, LT.
                                        RICHARD KO, DEPUTY KEVIN WIENS,
                                         SGT. GEORGE BERTSCH, III, SGT.
                                          RICHARD GALLEGOS, and DEPUTY
                                                STEWART ASSELIN


Dated: January 13, 2009                BRUCE W. NICKERSON LAW OFFICE

                                       By:    /s/ Bruce W. Nickerson
                                              Bruce W. Nickerson
                                           Attorneys for Plaintiffs,
                                         MARTIN COLDWELL, individually
                                       and on behalf of Class of Persons similarly
                                          situated, STEPHEN LAKE, ROBERT
                                            TURNER, and DAVID DURBIN

## **ORDER**

Based on the Stipulation of the Parties and good cause appearing therefor, the hearing on Plaintiffs' Motion for Summary Judgment/Summary Adjudication is continued to January 29, 2009 at 8:30 a.m. in Courtroom 4 of the above entitled court.

Plaintiffs' Reply to Defendants' Opposition, if any, must be filed on or before January 22, 2009.

The Pretrial Conference date and trial date will NOT be changed as a result of this continuance.

Dated: January 13, 2009                    /s/ LAWRENCE J. O'NEILL
                                           LAWRENCE J. O'NEILL
                                           JUDGE OF THE UNITED STATES
                                           DISTRICT COURT

29253/00164-1344794.v1