# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN COLDWELL, | CASE NO. CV-F-07-1131 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| COUNTY OF FRESNO, et. al, | |
| Defendant. | |

The parties have filed a Notice of Settlement indicating that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than February 13, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

**IT IS SO ORDERED.**

**Dated:   January 28, 2009**          /s/ Lawrence J. O'Neill
                              **UNITED STATES DISTRICT JUDGE**

1