Michael G. Woods, # 058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
COUNTY OF FRESNO, FORMER SHERIFF
RICHARD PIERCE, LT. RICHARD KO, DEPUTY
KEVIN WIENS, SGT. GEORGE BERTSCH, III, SGT.
RICHARD GALLEGOS, and DEPUTY STEWART
ASSELIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTIN COLDWELL, individually and on behalf of Class of Persons similarly situated, STEPHEN LAKE, ROBERT TURNER, and DAVID DURBIN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, FORMER SHERIFF RICHARD PIERCE, SGT. RICK KO, DEPUTY KEVIN WIENS, DET. BERTSCH, DET. GALLEGOS, DEPUTY ASSELIN and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:07-CV-01131-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiffs MARTIN COLDWELL, STEPHEN LAKE, ROBERT TURNER, and DAVID DURBIN and Defendants COUNTY OF FRESNO, FORMER SHERIFF RICHARD PIERCE, LT. RICHARD KO, DEPUTY KEVIN WIENS, SGT. GEORGE BERTSCH, III, SGT. RICHARD GALLEGOS, and DEPUTY STEWART ASSELIN that the Complaint filed herein shall be dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION AND ORDER TO DISMISS

Dated: February 23, 2009                           McCORMICK, BARSTOW, SHEPPARD,
                                                   WAYTE & CARRUTH LLP


                                                   By__    /s/ Michael G. Woods
                                                        MICHAEL G. WOODS
                                                   Attorneys for Defendants
                                                   COUNTY OF FRESNO,
                                                   FORMER SHERIFF RICHARD PIERCE, LT.
                                                   RICHARD KO, DEPUTY KEVIN WIENS,
                                                   SGT. GEORGE BERTSCH, III, SGT.
                                                   RICHARD GALLEGOS, and DEPUTY
                                                   STEWART ASSELIN


Dated: February 5, 2009                            BRUCE W. NICKERSON LAW OFFICE


                                                   By: ___   /s/ Bruce W. Nickerson
                                                        BRUCE W. NICKERSON
                                                   Attorney for Plaintiffs MARTIN
                                                   COLDWELL, STEPHEN LAKE, ROBERT
                                                   TURNER, and DAVID DURBIN

## **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiffs MARTIN COLDWELL, STEPHEN LAKE, ROBERT TURNER, and DAVID DURBIN is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.


Dated:   February 24, 2009              _____/s/ Lawrence J. O'Neill_____
                                           LAWRENCE J. O'NEILL
                                           JUDGE OF THE U. S. DISTRICT COURT

29253/00164-1351322.v1